MICHAEL R. AYERS
Nevada Bar No. 10851
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant Pinnacle Credit Services, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMIE KRUZE, and individual, | Case No. 2:17-cv-00918-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT PINNACLE CREDIT SERVICES, LLC'S TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| PINNACLE CREDIT SERVICES, LLC, a foreign limited-liability company, | |
| Defendant. | |

COMES NOW, Defendant Pinnacle Credit Services, LLC ("Defendant"), and Plaintiff, Jimmie Kruze ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **May 12, 2017**, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is the first request for an extension by Defendant, which seeks to further investigate the factual allegations of the Complaint. No additional requests for extensions are contemplated. Plaintiff has no opposition to Defendant's request for an extension.

**IT IS SO STIPULATED**.

23506100v1 2448

DATED this 21st day of April, 2017.

| LAW OFFICES OF KEVIN L. HERNANDEZ | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Kevin L. Hernandez (with permission)<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, NV 89074<br>Telephone: 702-563-4450<br>Facsimile: 702-552-0408<br>Email: kevin@kevinhernandezlaw.com<br>Attorneys for Plaintiff | /s/ Michael R. Ayers<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Facsimile: 602-631-4404<br>Primary: mayers@hinshawlaw.com<br>Attorneys for Defendant Pinnacle Credit Services, LLC |

KRAVITZ, SCHNITZER, & JOHNSON, CHTD.

/s/ Gina M. Mushmeche
Gina M. Mushmeche
Nevada Bar No. 10411
8985 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
Primary: gmushmeche@kssattorneys.com
Attorneys for Defendant Pinnacle Credit Services, LLC

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/24/2017