Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JIMMIE KRUZE, an individual;

                      Plaintiffs,

  v.

PINNACLE CREDIT SERVICES, LLC, a foreign corporation;

                      Defendants.

Case No.: 2:17-cv-00918-JAD-GWF

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT PINNACLE CREDIT SERVICES, LLC WITH PREJUDICE**

ECF No. 9

      Plaintiff, Jimmie Kruze ("Plaintiff"), and Defendant, Pinnacle Credit Services, LLC ("Pinnacle") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

*(left margin, vertical text)* Law Office of Kevin L. Hernandez — 2510 Wigwam Parkway, Suite 206 — Henderson, Nevada 89074 — (702) 563-4450 FAX: (702) 552-0408

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

1    Therefore, the Parties, by and through their respective attorneys of record, and subject to

2    the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

3    under FRCP 41(a) as to the action between Plaintiff and Pinnacle, with Plaintiff and Pinnacle

4    bearing their own attorneys' fees and costs incurred in this action.

5    Respectfully Submitted.

6    Dated: June 8, 2017                           Dated: June 8, 2017

7    **LAW OFFICE OF**
     **KEVIN L. HERNANDEZ**                        **HINSHAW & CULBERSTON LLP**
8

9    */s/ Kevin L. Hernandez*                      */s/ Michael R. Ayers*
     Kevin L. Hernandez, Esq.                      Michael R. Ayers, Esq.
     Nevada Bar No. 12594                          Nevada Bar No. 10851
10   2510 Wigwam Parkway, Suite 206                2375 E. Camelback Road, Suite 750
     Henderson, Nevada 89074                       Phoenix, Arizona 85016
11   kevin@kevinhernandezlaw.com                   mayers@hinshawlaw.com
     *Attorney for Plaintiff*                      *Attorneys for Defendant Pinnacle Credit*
12                                                 *Services, LLC*

13   <u>**ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFF**</u>
     <u>**AND DEFENDANT PINNACLE CREDIT SERVICES, LLC**</u>
14
15        Pursuant to the stipulation of the Parties under FRCP 41(a), the action between Plaintiff

16   and Pinnacle is dismissed with prejudice, and the Parties will bear their own attorneys' fees and

     costs incurred in this action.  The Clerk of Court is directed to CLOSE THIS CASE.
17

18                                          **IT IS SO ORDERED:**

19   _____
20                                          UNITED STATES DISTRICT JUDGE

21                                          DATED: 6-8-17 _____

22

23

24

25

26

27

28